[No. 7517–6–III.   Division Three.   April 23, 1987.]

THE DEPARTMENT OF LICENSING, *Respondent*, v. EDWARD F. GULLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 84–2–02186–6, B. J. McLean, J. Pro Tem., entered December 3, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Green and Munson, JJ.

[No. 16949–1–I.   Division One.   April 27, 1987.]

RONALD H. FISCHER, *Appellant*, v. MICHAEL W. HAUN, ET AL, *Respondents*.

MICHAEL W. HAUN, ET AL, *Respondents*, v. RONALD H. FISCHER, ET AL, *Appellants*.

Appeal from judgments of the Superior Court for Island County, Nos. 14568, 14567, Howard A. Patrick, J., entered July 18, 1985. *Reversed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 16138–5–I.   Division One.   April 27, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT B. KARLS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–1–00583–6, Paul D. Hansen, J., entered February 14, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Williams and Webster, JJ.